UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| CHRISTOPHER N. CONDRON, | ) | |
| | ) | |
| Petitioner, | ) | No. 5:22-CV-261-REW |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID PAUL, Warden, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DENIES** the DE 1 petition filed by Christopher Condron.

2. The Court **DIRECTS** the Clerk to strike this matter from the docket.

This the 2nd day of November, 2022.

Signed By:
*Robert E. Wier*
United States District Judge